UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SYRAN,<br><br>                           Plaintiff,<br><br>         v.<br><br>LEXISNEXIS GROUP, *et al.*,<br><br>                           Defendants. | Civil No.   05-CV-0909-LAB (CAB);<br>                  06-CV-2360-LAB (CAB)<br><br>**ORDER SETTING DATES FOR<br>PRELIMINARY APPROVAL REVIEW<br>OF CLASS SETTLEMENT** |
| MARK WITRIOL,<br><br>                           Plaintiff,<br>         v.<br><br>LEXISNEXIS GROUP, *et al.*,<br><br>                           Defendants. | |

On January 24, 2007, the Court held a Status Conference. Todd Schneider, Esq., appeared for Plaintiff James Syran. Clyde Charlton, Esq., appeared for Plaintiff Mark Witriol. James McCabe, Esq., and Eric Acker, Esq., appeared for Defendants.

The parties stated that settlement had been reached in both cases. Accordingly, all remaining case management dates are VACATED. The preliminary approval review of the class settlement is hereby set for **March 15, 2007**, at **2:00 p.m.** The parties shall submit their class settlement papers to the chambers of the Hon. Cathy Ann Bencivengo on or before **February 26, 2007.** No oral argument will be conducted unless specifically requested by the parties or ordered

1

1 | by the Court.

2 | **IT IS SO ORDERED.**

4 | DATED: January 24, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge