UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SYRAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LEXISNEXIS GROUP, a corporation;<br>REED ELSEVIER INC., a corporation;<br>and SEISINT, INC., a corporation,<br><br>　　　　　Defendants. | Civil Nos.   05-CV-0909 LAB (CAB);<br>　　　　　　　06-CV-2360 LAB (CAB)<br><br>**ORDER GRANTING JOINT MOTIONS FOR CONTINUANCE OF MANDATORY PRE-TRIAL CONFERENCE** |
| MARK WITRIOL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LEXISNEXIS GROUP, a corporation;<br>REED ELSEVIER INC., a corporation;<br>and SEISINT, INC., a corporation,<br>　　　　　Defendants. | |

1     Pursuant to the parties' Joint Request For Continuance Of Mandatory Pre-Trial Conference, and good cause appearing therefore, it is hereby ordered that the Pre-Trial Conference in these cases, currently set for November 15, 2007 at 11:15 a.m., is continued to Monday, February 11, 2008 at 11:15 a.m.  No further continuance of the Pre-Trial Conference will be granted.

    **IT IS SO ORDERED**.

Dated: November 8, 2007

    */s/ Larry A. Burns*
**Hon. Larry A. Burns**
**United States District Judge**

CASE NO. 05-CV-0909 LAB (CAB)
CASE NO. 06-CV-2360 LAB (CAB)