<table>
<tr><td colspan="2" align="center">UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA</td></tr>
<tr><td>JAMES SYRAN, on behalf of himself and those similarly situated,<br><br>           Plaintiff,<br><br>  v.<br><br>LEXIS NEXIS GROUP, et al.,<br>           Defendants.<br><br>MARK WITRIOL, on behalf of himself and those similarly situated,<br>           Plaintiff,<br><br>  v.<br><br>LEXISNEXIS GROUP, et al.,<br>           Defendants.</td><td>Civil No. 05cv0909 LAB (CAB);<br>     06cv2360 LAB (CAB)<br><br>**ORDER SETTING FILING AND HEARING DATES FOR MOTION FOR PRELIMINARY APPROVAL OF THE CLASS SETTLEMENT**</td></tr>
</table>

  Based upon the representations of counsel that the parties are ready to file a joint motion for preliminary approval of the class settlement, this Court HEREBY ORDERS:

  1. The parties shall file a joint motion for preliminary approval of the class settlement by **February 29, 2008**, which shall include a proposed schedule for issuing the notice of class settlement and for the final fairness hearing;

  2. The hearing for the joint motion for preliminary approval of the class settlement will be held on **April 14, 2008**, at **10:00 a.m.**; and

///

1      3. No appearances are required for the April 14, 2008 hearing, unless the Court so
2  instructs.
3      **IT IS SO ORDERED**.

5  DATED: February 11, 2008

                                           **CATHY ANN BENCIVENGO**
                                           United States Magistrate Judge