MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Case:  Syran v. LexisNexis Group                              Case No: 05cv0909-LAB (CAB)

HON. Larry A. Burns                       CT. DEPUTY Tisha Washam              Rptr.

Present

Plaintiff(s):   Kevin McInerney, Esq.

Defendant(s):  James McCabe, Esq.

    Today, February 11, 2008, a pretrial conference was held in this case and the related case, *Witriol v. LexisNexis,* 06cv2360.  The parties have focused on pursuing settlement and it appears no discovery has been taken.  The parties requested additional time to submit documents in connection with settlement.

    The issues of class certification and approval of the settlement agreement are hereby referred to Magistrate Judge Cathy Bencivengo for report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b), and Civil Local Rule 72.1.

DATED:  February 11, 2008

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge